## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT SORACE, JOSEPH YERTY, | : | |
| TAMMY YERTY, JAMES ZARONSKY, | : | |
| LINDA ZARONSKY, VIKTOR | : | |
| STEVENSON, ASHLEY YATES, and | : | |
| KIMBERLY SOLOMON-ROBINSON, | : | |
| individually and on behalf of a class of | : | |
| similarly situated persons, | : | |
| *Plaintiffs*, | : | |
| | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO.: 20-4318 |
| WELLS FARGO BANKING, N.A., | : | |
| *Defendant*. | : | |

### ORDER

AND NOW, this 5th day of November, 2020, upon consideration of Plaintiffs' Motion to

Stay Briefing on Defendant's Partial Motion to Dismiss Pending Disposition of Plaintiffs'

Motion for Remand (ECF No. 9), it is hereby ORDERED that said motion is GRANTED.

Disposition of Defendant's Partial Motion to Dismiss (ECF No. 5) is hereby STAYED until

further decision on Plaintiffs' Motion to Remand (ECF No. 10).

BY THE COURT:

*/s/* C. Darnell Jones, II

C. DARNELL JONES, II       J.