# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT SORACE, JOSEPH YERTY, TAMMY YERTY, JAMES ZARONSKY, LINDA ZARONSKY, VIKTOR STEVENSON, ASHLEY YATES, and KIMBERLY SOLOMON-ROBINSON, individually and on behalf of a class of similarly situated persons, *Plaintiffs*, <br><br> v. <br><br> WELLS FARGO BANKING, N.A., *Defendant*. | CIVIL ACTION <br> NO.: 20-4318 |

## ORDER

AND NOW, this 17th day of February, 2021, upon consideration of Plaintiffs' Request for Status Conference and Notice of Withdrawal (ECF No. 20), it is hereby ORDERED as follows:

1) Plaintiffs' Motion to Remand (ECF No. 10) is DISMISSED WITH PREJUDICE; and

2) The parties shall have a telephonic status conference with the Court on **Thursday, February 25, 2021 at 12:30pm**.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II  J.