IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT SORACE, JOSEPH YERTY, TAMMY YERTY, JAMES ZARONSKY, LINDA ZARONSKY, VIKTOR STEVENSON, ASHLEY YATES, and KIMBERLY SOLOMON-ROBINSON, individually and on behalf of a class of similarly situated persons, <br><br> *Plaintiffs,* <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> *Defendant.* <br><br> _____ <br><br> ANTHONY C. GILMORE, JENNIFER LYNN HUMMEL, SHAWN DAVID HUMMEL and JEFFREY F. SIEGLER, <br><br> *Intervenor Plaintiffs.* | CIVIL ACTION <br><br> NO. 20-4318 |

## ORDER

**AND NOW**, this 7th day of September 2023, upon consideration of Intervenor Plaintiffs' Motion to Intervene, (ECF 75), Plaintiffs' Response in Opposition to the Motion to Intervene, (ECF 77), Intervenor Plaintiffs' Amended Motion to Intervene, (ECF 79), Plaintiffs' Response in Opposition to the Amended Motion to Intervene, (ECF 80), and Defendants' Response in Opposition to the Amended Motion to Intervene, (ECF 81), it is hereby **ORDERED** that Intervenor Plaintiffs' Motions are **DENIED**. ECF 75 is **DENIED as moot** and ECF 79 is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.
