IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT SORACE, JOSEPH YERTY, TAMMY YERTY, JAMES ZARONSKY, LINDA ZARONSKY, VIKTOR STEVENSON, ASHLEY YATES, and KIMBERLY SOLOMON-ROBINSON, individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | CIVIL ACTION<br><br>No. 2:20-CV-4318<br><br>Hon. Gerald J. Pappert |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF ATTORNEY FEES AND COSTS, ENTRY OF FINAL JUDGMENT, AND DISMISSAL WITH PREJUDICE**

AND NOW COME Plaintiffs, Vincent Sorace, Joseph Yerty, Tammy Yerty, James Zaronsky, Linda Zaronsky Viktor Stevenson, Ashley Yates, and Kimberly Solomon-Robinson, by and through their undersigned counsel, who respectfully request that this Honorable Court enter a Final Approval Order, *inter alia*: (i) granting Final approval of the Settlement Agreement and the Settlement of this action; (ii) Certifying, unconditionally, the Settlement Class as defined in the Settlement Agreement; (iii) Approving Class Counsels' attorney fees as requested; (iv) Approving Class Counsels' costs and Settlement Administration costs incurred to date; (v) Approving the Incentive Awards to the Representative Plaintiffs; (vi) Requiring Defendant to undertake the necessary steps to request from all major credit bureaus the removal of the tradelines from Settlement Class Members' credit reports; (viii) Entering final judgment in this matter; and; (ix)

1

Dismissing the Released Claims with prejudice, subject only to the Defendant's assurance that its remediation efforts on the subject Accounts will not be impacted or discontinued in any way as a result of this settlement, and leaving open the docket for administrative matters only. The brief in support of this motion is contemporaneously filed and incorporated herewith.

Respectfully submitted,
SHENKAN INJURY LAWYERS, LLC.
*/s/ Richard Shenkan*
Richard Shenkan
Shenkan Injury Lawyers, LLC.
6550 Lakeshore St.
West Bloomfield, MI 48323
P: (248) 562-1320
rshenkan@shenkanlaw.com

Hon. Lawrence F. Stengel (Ret.)
Saxton & Stump, P.C.
280 Granite Run Dr., Suite 300
Lancaster, PA 17601
P: (717) 556-1000
lfs@saxtonstump.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was sent to all counsel of record on the date of filing via the Court's electronic court filing system (ECF).

SHENKAN INJURY LAWYERS, LLC.
*/s/ Richard E. Shenkan*
Richard E. Shenkan
*Co-Counsel for Plaintiffs*