## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VINCENT SORACE, JOSEPH YERTY,
TAMMY YERTY, JAMES ZARONSKY,
LINDA ZARONSKY, VIKTOR
STEVENSON, ASHLEY YATES, and
KIMBERLY SOLOMON-ROBINSON,
individually and on behalf of a class of
similarly situated persons,

    *Plaintiffs,*

  v.

WELLS FARGO BANK, N.A.

    *Defendant.*

CIVIL ACTION
NO. 20–4318

### ORDER

  **AND NOW**, this 15th day of February 2024, after reviewing class counsels' Motion for Final Approval of the Settlement Agreement, Certification of the Settlement Class and Approval of Attorneys' Fees (ECF No. 101), all declarations and materials in support of the Motion, the legal standards governing such approvals, the objections to the settlement and attorneys' fees, and conducting a hearing (ECF No. 107), the Motion is **APPROVED**.

  And consistent with the Court's Memorandum approving the Final Settlement Agreement, Wells Fargo's Motion to Enforce the Court's Preliminary Approval Order (ECF No. 97) is **DENIED** without prejudice. *See* (Mem. Granting Mot. for Final Approval, fn. 4, ECF No. 119).

      BY THE COURT:

      ***/s/ Gerald J. Pappert***
      Gerald J. Pappert, J.